IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 CV 310

| | | |
|---|---|---|
| JACK JUNIOR WAUGH, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| V | ) | **ORDER** |
| | ) | |
| ADVANCED AUTO PARTS, INC., el al., | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on Christopher B. Major's Application for Admission to Practice *Pro Hac Vice* of Moffatt M. McDonald. It appearing that Moffatt M. McDonald is a member in good standing with the South Carolina State Bar and will be appearing with Christopher B. Major, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Christopher B. Major's Application for Admission to Practice *Pro Hac Vice* (#69) of Moffatt M. McDonald is

1

**GRANTED**, and that Moffatt M. McDonald is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Christopher B. Major.

Signed: October 21, 2016

Dennis L. Howell
United States Magistrate Judge