# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00310-MR-DLH

| | |
|---|---|
| **JACK JUNIOR WAUGH,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **ADVANCE AUTO PARTS, INC., et al.,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court *sua sponte*.

On September 19, 2016, the Plaintiff filed this action against multiple Defendants, including the Defendants LG Electronics U.S.A., Inc. ("LG Electronics") and RT Vanderbilt Holding Company, Inc., sued individually and as successor in interest to R.T. Vanderbilt Company, Inc. ("RT Vanderbilt"). [Doc. 1]. The Plaintiff has filed executed summonses indicating that LG Electronics was served on September 29, 2016, and that RT Vanderbilt was served on October 18, 2016. [Docs. 11, 111]. To date, however, these Defendants have not made an appearance or otherwise defended this action, and the Plaintiff appears to have made no effort to prosecute its action against these Defendants.

The Court will allow the Plaintiff fourteen (14) days to file an appropriate motion or otherwise take further action with respect to these Defendants. The Plaintiff is advised that failure to take further action within the time required will result in the dismissal of its claims against these Defendants.

**IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendants LG Electronics U.S.A., Inc. and RT Vanderbilt Holding Company, Inc., sued individually and as successor in interest to R.T. Vanderbilt Company, Inc. **The Plaintiff is advised that failure to take further action within the time required will result in the dismissal of these Defendants.**

IT IS SO ORDERED.

Signed: December 30, 2016

Martin Reidinger
United States District Judge