IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00310-MR-DLH

| | |
|---|---|
| ROBERT A. MULLINAX, Individually as Executor of the Estate of Jack Junior Waugh, ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | **O R D E R** |
| ADVANCED AUTO PARTS, INC., et al., ) ) ) ) | |
| Defendant. ) ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss LG Electronic U.S.A. Inc. Without Prejudice [Doc. 201].

Upon review of the parties' motion,

**IT IS, THEREFORE ORDERED** that the parties' Joint Motion to Dismiss [Doc. 201] is **GRANTED**, and the Plaintiff's claims against Defendant LG Electronic U.S.A. Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: August 30, 2017

Martin Reidinger
United States District Judge