# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16cv310

| | |
|---|---|
| **Robert A. Mullinax,** Individually as Executor of the Estate of Jack Junior **Waugh**, )<br>)<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ADVANCE AUTO PARTS, INC., et al.,** )<br>)<br>**Defendants.** )<br>_____ ) | **ORDER** |

Pending before the Court is the motion for *pro hac vice* admission [# 251] filed by Colleen M. Crowley, counsel for Defendant Bechtel Corporation, Sequoia Ventures, Inc.

Upon review of the motions, it appears that Farah S. Nicol is a member in good standing with the California Bar and will be appearing with Colleen M. Crowley, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the Motion [# 251]. The Court **ADMITS** Farah S. Nicol to practice *pro hac vice* before the Court while associated with local counsel.

Signed: December 7, 2017

Dennis L. Howell
United States Magistrate Judge