THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00310-MR-DLH

ROBERT A. MULLINAX, Individually, )
as Executor of the Estate of Jack )
Junior Waugh, Deceased, )
                                        )
                Plaintiff, )
                                        )
        vs. )           **A M E N D E D   O R D E R**
                                        )
ADVANCE AUTO PARTS, INC., et al., )
                                        )
                Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 258].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 258] is **GRANTED**, and all of the Plaintiff's claims against the Defendant Vanderbilt Minerals, LLC (successor by merger to R.T. Vanderbilt Company, Inc. and incorrectly identified as successor in interest to International Talc Co.) are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: February 1, 2018

Martin Reidinger
United States District Judge