THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00310-MR-DLH

| | |
|---|---|
| ROBERT A. MULLINAX, Individually, )<br>as Executor of the Estate of Jack )<br>Junior Waugh, Deceased, )<br> )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>ADVANCE AUTO PARTS, INC., et al., )<br> )<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Defendant Ford Motor Company [Doc. 264].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 264] is **GRANTED**, and all of the Plaintiff's claims against the Defendant Ford Motor Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: April 16, 2018

Martin Reidinger
United States District Judge