THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00310-MR-DLH

| | |
|---|---|
| ROBERT A. MULLINAX, Individually, as Executor of the Estate of Jack Junior Waugh, Deceased, ) ) ) ) Plaintiff, ) ) vs. ) ) ADVANCE AUTO PARTS, INC., et al., ) ) Defendants. ) _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Deere & Company [Doc. 276].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 276] is **GRANTED**, and all of the Plaintiff's claims against the Defendant Deere & Company are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: June 11, 2018

Martin Reidinger
United States District Judge