# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cv 310

| | |
|---|---|
| ROBERT A. MULLINAX, *Individually as Executor of the Estate of* Jack Junior Waugh, )<br><br>**Plaintiff,** )<br><br>v. )<br><br>**ADVANCE AUTO PARTS, INC., et al.,** )<br><br>**Defendants.** ) | **ORDER** |

Before the Court are the motions for *pro hac vice* admission [# 287, # 288] filed by James M. Dedman IV, counsel for Defendant BW/IP, Inc. and its wholly owned subsidiaries.

Upon review of the motions, it appears that Allyson R. Twilley and T. David Rheney are both members in good standing with the South Carolina Bar and will be appearing with James M. Dedman IV, a member in good standing with the Bar of this Court. Additionally, all applicants have paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motions [# 287, # 288]. The Court **ADMITS** Allyson R. Twilley and T. David Rheney to practice *pro hac vice* before the Court while associated with local counsel.

Signed: June 20, 2018

Dennis L. Howell
United States Magistrate Judge