# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cv 310

| | |
|---|---|
| **ROBERT A. MULLINAX,** *Individually as Executor of the Estate of* Jack Junior Waugh, )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**ADVANCE AUTO PARTS, INC., et al.,** )<br>)<br>**Defendants.** )<br>_____ ) | **ORDER** |

Before the Court is the motion for *pro hac vice* admission [# 312] filed by James M. Dedman IV, counsel for Defendant BW/IP, Inc. and its wholly owned subsidiaries.

Upon review of the motion, it appears Ronald G. Tate is a member in good standing with the South Carolina Bar and will be appearing with James M. Dedman IV, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motion [# 312]. The Court **ADMITS** Ronald G. Tate to practice *pro hac vice* before the Court while associated with local counsel.

Signed: July 20, 2018

*[signature]*

Dennis L. Howell
United States Magistrate Judge