THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00310-MR-DLH

ROBERT A. MULLINAX, Individually, )
as Executor of the Estate of Jack )
Junior Waugh, Deceased, )
)
          Plaintiff, )
)
vs. )    **O R D E R**
)
ADVANCE AUTO PARTS, INC., et al., )
)
          Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Honeywell International Inc. [Doc. 313].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 313] is **GRANTED**, and all of the Plaintiff's claims against the Defendant Honeywell International Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: July 24, 2018

Martin Reidinger
United States District Judge