**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00310-MR-DLH**

| | |
|---|---|
| **ROBERT A. MULLINAX, Individually, as Executor of the Estate of Jack Junior Waugh, Deceased,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| **vs.** ) ) | **O R D E R** |
| **ADVANCE AUTO PARTS, INC., et al.,** ) ) | |
| **Defendants.** ) ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Pneumo Abex LLC [Doc. 317].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 317] is **GRANTED**, and all of the Plaintiff's claims against the Defendant Pneumo Abex LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: July 30, 2018

Martin Reidinger
United States District Judge