THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00310-MR-DLH

| | |
|---|---|
| ROBERT A. MULLINAX, Individually, ) <br> as Executor of the Estate of Jack ) <br> Junior Waugh, Deceased, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ADVANCE AUTO PARTS, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss O'Reilly Automotive Stores, Inc. [Doc. 320].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 320] is **GRANTED**, and all the Plaintiff's claims against the Defendant O'Reilly Automotive Stores, Inc. are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Signed: August 3, 2018

Martin Reidinger
United States District Judge