THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00310-MR-DLH

ROBERT A. MULLINAX, Individually, )
as Executor of the Estate of Jack )
Junior Waugh, Deceased, )
            )
      Plaintiff, )
            )
  vs.          )  **O R D E R**
            )
ADVANCE AUTO PARTS, INC., et al., )
            )
      Defendants. )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss The William Powell Company [Doc. 321].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 321] is **GRANTED**, and all the Plaintiff's claims against the Defendant The William Powell Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: August 3, 2018

Martin Reidinger
United States District Judge