THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00310-MR-DLH

ROBERT A. MULLINAX, Individually, )
as Executor of the Estate of Jack )
Junior Waugh, Deceased, )
                                                                                    )
                    **Plaintiff,**  )
                                            )
     vs.                    )    **O R D E R**
                                             )
ADVANCE AUTO PARTS, INC., et al., )
                                            )
                   **Defendants.**  )
_____ )

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss [Doc. 326].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 326] is **GRANTED**, and all the Plaintiff's claims against the Defendant BW/IP, Inc., and its wholly owned subsidiaries, are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: August 7, 2018

Martin Reidinger
United States District Judge