THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00310-MR-DLH

| | |
|---|---|
| ROBERT A. MULLINAX, Individually, as Executor of the Estate of Jack Junior Waugh, Deceased, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ADVANCE AUTO PARTS, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion for Dismissal of Whirlpool Corporation [Doc. 355].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for Dismissal [Doc. 355] is **GRANTED**, and all the Plaintiff's claims against the Defendant Whirlpool Corporation are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

Signed: September 11, 2018

Martin Reidinger
United States District Judge