THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00310-MR-WCM

| | |
|---|---|
| ROBERT A. MULLINAX, Individually, as Executor of the Estate of Jack Junior Waugh, Deceased, )))))<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ADVANCE AUTO PARTS, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Genuine Parts Company [Doc. 370].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 370] is **GRANTED**, and all the Plaintiff's claims against the Defendant Genuine Parts Company are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Signed: November 9, 2018

Martin Reidinger
United States District Judge