THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:16-cv-00310-MR-WCM

| | |
|---|---|
| ROBert A. MULLINAX, Individually, as Executor of the Estate of Jack Junior Waugh, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCE AUTO PARTS, INC., et al.,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Viad Corp. [Doc. 408].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 408] is **GRANTED**, and all the Plaintiff's claims against the Defendant Viad Corp. are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: December 12, 2018

Martin Reidinger
United States District Judge