# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:16-cv-00310-MR-WCM

| | |
|---|---|
| ROBERT A. MULLINAX, Individually, as Executor of the Estate of Jack Junior Waugh, Deceased, <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCE AUTO PARTS, INC., et al., <br><br> Defendants. | **ORDER** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Dismiss Yuba Heat Transfer, LLC [Doc. 409].

Upon review of the parties' motion,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion to Dismiss [Doc. 409] is **GRANTED**, and all the Plaintiff's claims against the Defendant Yuba Heat Transfer, LLC are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Signed: December 12, 2018

Martin Reidinger
United States District Judge