# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 CV 310

| | | |
|---|---|---|
| **Robert Mullinax,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **Advanced Auto Parts, Inc., et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 419) filed by William M. Graham. Upon review of the Motion, it appears that Mr. Graham, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Kevin W. Paul, who is a member in good standing of the Maryland State Bar.

Accordingly, the Court **GRANTS** the Motion (Doc. 419) and **ADMITS** Kevin W. Paul to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 17, 2018

W. Carleton Metcalf
United States Magistrate Judge