# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 CV 310

| | |
|---|---|
| **Robert Mullinax,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **Advanced Auto Parts, Inc., et al.,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

This matter is before the Court upon the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 420) filed by William M. Graham. Upon review of the Motion, it appears that Mr. Graham, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that he seeks the admission of Jessica M. Dean, who the Motion represents as being a member in good standing of the "U.S. District Court of Texas." While this reference is unclear—there are multiple federal districts in Texas—the Motion also certifies that Ms. Dean is admitted to practice before the Eastern, Northern, Southern, and Western Districts of Texas, as well as before other federal and state courts. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 421) and **ADMITS** Jessica M. Dean to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: December 17, 2018

W. Carleton Metcalf
United States Magistrate Judge